RECEIVED
IN ALEXANDRIA, LA.
MAY 26 2009
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RAYMOND WEEDE,<br>    Petitioner | CIVIL ACTION<br>NO. CV08-1738-A |
| VERSUS | |
| MICHAEL P. MUKASEY,<br>    Respondents | JUDGE D. "DEE" DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

**JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Respondents' motion to dismiss (Doc. 10) is GRANTED.

IT IS FURTHER ORDERED that Weede's habeas petition is DISMISSED AS MOOT.

THUS ORDERED AND SIGNED in Chambers at ALEXANDRIA, Louisiana, on this 26th day of May, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE